IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COSETTE TO and SHEREE EMMANUEL, | ) ) ) |
| Plaintiffs, | ) ) ) Case No. 1:19-cv-00772 |
| v. | ) ) ) Hon. Robert W. Gettleman |
| CHUKS OKWUJE, MASTER AND COMMANDER CONSTRUCTION MANAGEMENT CORP., ADE ONAYEMI, and URBAN RESOURCE, INC., | ) ) ) Magistrate Judge Hon. ) Maria Valdez ) ) |
| Defendants. | ) |

## FINAL JUDGMENT ORDER

This cause coming to be heard upon motion of the Plaintiffs for entry of default judgment, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED:

1. The Defendants, Chuks Okwuje, individually, and Master and Commander Construction Management Corp., having failed to appear and plead and otherwise defend in this action are adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiffs herein be taken as confessed.

3. That a Judgment is hereby entered in the amount of $6,273.67 in favor of Plaintiff Cosette To against Defendants Chuks Okwuje, individually, and Master and Commander Construction Management Corp., exclusive of attorneys fees and costs.

4. That a Judgment is hereby entered in the amount of $6,898.30 in favor of Plaintiff Sheree Emmanuel against Defendants Chuks Okwuje, individually, and Master and Commander Construction Management Corp., exclusive of attorneys fees and costs.

ENTERED:

_____
Robert W. Gettleman, U.S. District Judge
Dated:___9/19/2019_____